CHRISTOPHER HAWKINS
NAME
209124II
PRISON NUMBER

San Diego Central Jail 1/73
CURRENT ADDRESS OR PLACE OF CONFINEMENT

Front Street, SD, Ca, 92101,
CITY, STATE, ZIP CODE



FILED

JUN 2 4 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER HAWKINS,
(FULL NAME OF PETITIONER)

**PETITIONER**

v.

GORE,

(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

**RESPONDENT**

and

XAVIER BECERRA,

The Attorney General of the State of
California, Additional Respondent.

Civil No _____ **'21CV1166 LAB RBM**

(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

## PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: San Diego Superior Court, 1173 Front Street San Diego, Ca, 92101,

2. Date of judgment of conviction: Awaiting trial

3. Trial court case number of the judgment of conviction being challenged: SCD-288450

4. Length of sentence: Awaiting trial

CIV 68 (Rev. Oct. 2015)

5. Sentence start date and projected release date: *UNlawful Detention*

6. Offense(s) for which you were convicted or pleaded guilty (all counts): _____
   *Case Re-Filed With out Re Arrest or Release*

7. What was your plea? (CHECK ONE)
   (a) Not guilty         ☑
   (b) Guilty             ☐
   (c) Nolo contendere    ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury       ☑
   (b) Judge only ☐

9. Did you testify at the trial?
   ☐ Yes  ☑ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☑ Yes  ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: *Summary Denial*
    (b) Date of result (if known): _____
    (c) Case number and citation (if known): _____

    (d) Grounds raised on direct appeal: *UNlawful Detention*

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: *Summary Denial*
    (b) Date of result (if known): _____
    (c) Case number and citation (if known): _____

    (d) Grounds raised: *Due Process UNlawful Detention*

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result: _____

    (b) Date of result (if known): _____

    (c) Case number and citation (if known): _____

        _____

    (d) Grounds raised: _____

        _____

        _____

        _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
☒ Yes  ☐ No

15. If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number (if known): _SCD-28845d_

    (b) Nature of proceeding: _HABEAS CORPUS_

    (c) Grounds raised: _UNLAWFUL DETENTION_
        _DUE PROCESS_

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☒ No

    (e) Result: _____

    (f) Date of result (if known): _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
☒ Yes  ☐ No

CIV 68 (Rev. Oct. 2015)

-3-

17. If your answer to #16 was "Yes," give the following information:

(a) **California Court of Appeal** Case Number (if known):_____

(b) Nature of proceeding: _____

_____

(c) Grounds raised: _____

_____

_____

_____

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes   ☒ No

(e) Result: _____

(f) Date of result (if known): _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☐ Yes   ☒ No

19. If your answer to #18 was "Yes," give the following information:

(a) **California Supreme Court** Case Number (if known):_____

(b) Nature of proceeding: _____

_____

(c) Grounds raised: _____

_____

_____

_____

_____

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes   ☒ No

(e) Result: _____

(f) Date of result (if known): _____

CIV 68 (Rev. Oct. 2015)

-4-

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____

_____

_____

_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?

☒ Yes   ☐ No          (IF "YES" SKIP TO #22)

   (a) If no, in what federal court was the prior action filed? _____

     (i) What was the prior case number? _____

     (ii) Was the prior action (CHECK ONE):

       ☐ Denied on the merits?

       ☐ Dismissed for procedural reasons?

     (iii) Date of decision: _____

   (b) Were any of the issues in this current petition also raised in the prior federal petition?

     ☐ Yes ☒ No

   (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?

     ☐ Yes ☒ No

---

### CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies by presenting your claims to the California Supreme Court. Even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you do not present all your grounds for challenging a specific judgment in this Petition, you may not be able to present additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must say what your attorney did wrong or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

   (a) **GROUND ONE**: Due Process
   Unlawful Detention

   **Supporting FACTS**: On Case SCD-283104 was dismissed and re-filed Case # SCD-285450 But No Re-Arrest or Re-Book was performed after Dismissal, There is no Sworn Police Report for a Complaint or Information to Issue, P.C. 806, 825 There is no "Arresting officer" A Complaint Can only Issue upon Commission of a Public offense "An Arrest" Making the only Arrest on the Previous Case # SCD-283104 on 8-24-19 Turning the lawful Arrest into An unlawful detention, Defendant Has suffered Prejudice By loss of exculpatory Discovery and witnesses. The "Arresting Agency" That's listed is the District Attorney on Bates Page 321 of the Discovery, Defendants Rights were not Read And the Defendant was not "Arrested" P.C. 1382
   (People v. Pickens (1981) 124 CA3D 800), U.S. Const VI
   (People v. Bilbrey, (2018) WL 3628187 (Cal. App, I^st Dist (2018)
   (Struck v. U.S., 412 U.S. 434 93 S.Ct. 2260, 37 L.Ed.2D 56 (1973)
   (U.S. v. Marion, 404. U.S. 307, 92 S.Ct 455, 30 L.Ed.2D 468 (1971)
   (U.S. v. MacDonald 456 U.S. 1, 102 S.Ct 1497, 71.L.Ed 2D 696 (1982)

   **Did you raise GROUND ONE in the California Supreme Court?**

   ☒ Yes ☐ No.

   If yes, answer the following:

   (1)  Nature of proceeding (i.e., petition for review, habeas petition): Habeas / Review

   (2)  Case number or citation: S268326

   (3)  Result (attach a copy of the court's opinion or order if available): Attached

**(b) GROUND TWO:** DENIED REQUEST FOR DISMISSAL AND RELEASE.

**Supporting FACTS:** DEFENDANT HAS MADE Multiple ATTEMPTS on RECORD to BE RELEASED AND the CASE DISMISSED AT EACH AND EVERY Court HEARING FOR BEING UNLAWFULLY DETAINED, WITHOUT THE RE-ARREST ON THE RE-FILING DEFENDANTS HAS BEEN HELD in VIOLATION OF THE Statutory Guidelines, DEFENDANT MAY PETITION FOR RELEASE BY WRIT OF HABEAS FOR BEING HELD BEYOND Statutory LIMITS P.C. 825 (PEOPLE V. WILSON (1963) (en C2D 139 152.) P.C. 1382 CAL (Constitution) ARTICLE 1/14, P.C. 860.

**Did you raise GROUND TWO in the California Supreme Court?**

☒ Yes ☐ No.

If yes, answer the following:

(1)    Nature of proceeding (i.e., petition for review, habeas petition): HABEAS

(2)    Case number or citation: S268326

(3)    Result (attach a copy of the court's opinion or order if available): ATTACHED / DENIED.

**(c)  GROUND THREE**: _____

_____

_____

**Supporting FACTS**: _____

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☐ No.

    If yes, answer the following:

    (1)   Nature of proceeding (i.e., petition for review, habeas petition): _____

    (2)   Case number or citation: _____

    (3)   Result (attach a copy of the court's opinion or order if available):

**(d)   GROUND FOUR:** _____

_____

_____

**Supporting FACTS:** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

If yes, answer the following:

(1)   Nature of proceeding (i.e., petition for review, habeas petition): _____

(2)   Case number or citation: _____

(3)   Result (attach a copy of the court's opinion or order if available): _____

CIV 68 (Rev. Oct. 2015)

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes  ☐ No

**24.** If your answer to #23 is "Yes," give the following information:

    (a)  Name of Court: _____

    (b)  Case Number: _____

    (c)  Date action filed: _____

    (d)  Nature of proceeding: _____

    _____

    (e)  Grounds raised: _____

    _____

    _____

    _____

    _____

    (f)  Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☐ No

**25.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a)  At preliminary hearing: _____

    _____

    (b)  At arraignment and plea: _____

    _____

    (c)  At trial: _____

    _____

    (d)  At sentencing: _____

    _____

    (e)  On appeal: _____

    (f)  In any post-conviction proceeding: _____

    _____

    (g)  On appeal from any adverse ruling in a post-conviction proceeding: _____

    _____

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:

       _____

   (b) Give date and length of the future sentence: _____

       _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    ☐ Yes  ☒ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____
_____6-18-21_____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

                                _Pro-Se_____
                                      SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____6-18-21_____     _____
      (DATE)                        SIGNATURE OF PETITIONER